In the Matter of HENRY K. ASTWOOD, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK et al., Interveners, Appellants.

Submitted November 13, 1944; decided November 22, 1944.

Motion by William J. Allsopp and others, interveners, appellants, to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 484.)

MAURICE F. SIMON, Appellant and Respondent, v. NOMA ELECTRIC CORPORATION et al., Respondents and Appellants, et al., Defendants.

Submitted November 13, 1944; decided November 22, 1944.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 171.)